UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ATER M. MAJAK,

      Plaintiff,

v.

JOHN L. HARRIS and AMY B. BURKS,

      Defendants.

_____/

Case No. 3:16-cv-01852
Hon. Denise Page Hood

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## AND DISMISSING ACTION WITHOUT PREJUDICE

This matter comes before the Court on Magistrate Judge Alistair E. Newbern's

Report and Recommendation. [#6] *Pro se* Plaintiff filed this action on June 18, 2016.

Plaintiff filed a supplement to his complaint on September 27, 2016, but he has not

taken any action since then. The Magistrate Judge recommends that the Court

dismiss Plaintiff's cause of action, without prejudice, for failure to prosecute and

obey Court orders. Neither party filed an objection to the Report and

Recommendation.

The Court has had an opportunity to review this matter and finds that the

Magistrate Judge reached the correct conclusions for the proper reasons. Finding no

error in the Magistrate Judge's Report and Recommendation, the Court adopts the

Report and Recommendation in its entirety. Furthermore, as neither party has raised

an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation [Docket No. 6, filed January 12, 2018] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.


s/Denise Page Hood
DENISE PAGE HOOD
DATED: February 7, 2018       UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION